

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Landrius Tyree Boose      3558387

_(Enter above the full name of the plaintiff_      _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**      CIVIL ACTION NO. 3:18-cv-1480
      _(Number to be assigned by Court)_

Britany Adkins

Western Regional Jail

Admin Wood

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

      Yes _____   No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit:

Plaintiffs: _____

_____

_____

Defendants: _____

_____

_____

    2.  Court (if federal court, name the district; if state court, name the county);

_____

_____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned:

_____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

II. Place of Present Confinement: Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓    No ___

    C. If you answer is YES:

        1. What steps did you take? I have not only filed Grievance's about the assalt but an appeal for my write up also

        2. What was the result? Will not / have not given me an appeal which was filed two weeks ago. he as in Admin. Wood Just stated what the incident was and offered no help.

    D. If your answer is NO, explain why not: ___

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Landrius Tyree Boose

        Address: One O'Hanlon Place Barboursville, WV 25504

    B. Additional Plaintiff(s) and Address(es): ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Brittany Adkins

is employed as: a CO² officer

at Western Regional Jail

D. Additional defendants: Admin. Wood & Western Regional Jail

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Tuesday, October 23rd, Brittany Adkins was doing med pass in the section I was housed in. B Adkins was telling everyone to hurry up and get their meds so she can get on with her day. If you weren't fast enough she said you were not going to get your meds. When she came to me If I didn't hurry up I would get skipped so I did not have a chance to fill my cup with water. When I approached the cart the nurse and Brittany Adkins gave me permission to go back to my cell to get water, with the cup of meds. B. Adkins followed me into my cell rushing me to take my meds while I was

## IV. Statement of Claim (continued):

filling my cup up. Once I started to take my meds she took my cup from me not wanting me to get more water. She assalted me first by taking the cup from me while I was drinking to finish taking my meds. As she walked out of my cell I followed her and pointed at her tell she was wrong for doing that and for assaulting me. All of this was now on camera. She told me to get out of her face enven though I was not, then she continued by punching me in the chest. I told her not to hit me again, so she hit me two more times. so to defend myself I grabbed her by her shirt to hold her back and told her to stop hitting me. She countinued to try to assault me until

## V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want financhel compensation and the Jail RePermanded for allowing her to assalt me and get away with it. I would also like Brittany Adkins fired before she can assalt anyone else. She is out of control.

5

## Statement Of Claim (continued)

the other officers arrived and restrained her and moved her away from me. Officer Nappier was the office who removed her and asked me to let go of her shirt. After that I tried to explain what happened, but they would not listen. They put me on Two man and charged me for assault. When I put my grievance in Adin. Wood stated that I stole someone elses meds and refused to give them back. I wrote out an appeal for the assault charge two weeks ago and gave it to Sergant Brewior. I have not had any responce. I have been told by corp Akers that I am not the first one she had done this to, and she has been talked to by every higher rank on her shift. He also stated she is out of control. Also during the hearing Brittany Adkins testifed that she did assault me inside my cell

V.  Relief (continued)):

VII. Counsel

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   Matthew Allen Wilks

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____     No __✓__

   If so, state the name(s) and address(es) of each lawyer contacted:

   If not, state your reasons: They Put me on a Two officer minimum and will not let me out for Hearing or any Lawyer calls. They also will not give me any way of contacting one.

   C. Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____     No __✓__

6

If so, state the lawyer's name and address:

_____

_____

Signed this __19__ day of __November__, 20_18_.

_____

_____

_____

_____*[signature]*_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/19/2018__.
           (Date)

_____*[signature]*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Landrius Boose 3558387

WESTERN REGIONAL JAIL
ONE O'HANLON PLACE
BARBOURSVILLE, WV 25504

this is to
INMATE at the
Western Regional Jail

**LEGAL MAIL**

Clerk United States District Court
845 Fifth Avenue, Room 101
Huntington, WV 25701

