## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

LANDRIUS TYREE BOOSE,

        Plaintiff,

v.	CIVIL ACTION NO. 3:18-1480

BRITTANY ADKINS;
WESTERN REGIONAL JAIL; and
ADMINISTRATOR WOOD,

        Defendants.

### MEMORANDUM OPINION AND ORDER

        This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendants' Motion for Summary Judgment (ECF No. 49); dismiss the complaint as amended against Defendants with prejudice (ECF Nos. 2, 23); and remove this case from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

        Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendants' Motion for Summary Judgment (ECF No. 49); **DISMISSES** the complaint as amended against Defendants with prejudice (ECF Nos. 2, 23); and **REMOVES** this case from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:      June 10, 2020

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE